UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VENTURE GLOBAL CP EXPRESS, LLC | |
| v. | CIVIL ACTION |
| A PIPELINE SERVITUDE ACROSS A PARCEL OF PROPERTY SITUATED IN SECTIONS 24 AND 27, TOWNSHIP 14 SOUTH, RANGE 8 WEST , CAMERON PARISH, VIRGINIA LANDRY, RONALD SAVOIE, PETER SAVOIE, MARIE MANEILLE, JUDE SAVOIE, JOHN SAVOIE, ERNEST SAVOIE, DAVID SAVOIE, AND ESTATE OF GRACE MARY VIRGINIA SAVOIE | NO. SECTION JUDGE MAGISTRATE |

## **COMPLAINT FOR CONDEMNATION**

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Venture Global CP Express, LLC ("CP Express"), and for its Complaint for Condemnation against defendants Virginia Landry, Ronald Savoie, Peter Savoie, Marie Maneille, Jude Savoie, John Savoie, Ernest Savoie, David Savoie, And Estate Of Grace Mary Virginia Savoie owners of certain interests in certain immovable property in Cameron Parish, Louisiana, respectfully represents as follows:

1.

CP Express is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal business office in Arlington, Virginia.

4936-7728-8779 v1

2.

Made defendants herein Virginia Landry, Ronald Savoie, Peter Savoie, Marie Maneille, Jude Savoie, John Savoie, Ernest Savoie, David Savoie, And Estate Of Grace Mary Virginia Savoie (hereinafter collectively referred to as "Owners").

3.

CP Express plans to construct a pipeline system which will transport natural gas in interstate commerce and will, therefore, upon commencement of its operations, be a natural gas company as defined in Section 2 of the Natural Gas Act, ("NGA") 15 U.S.C. §717a.

4.

CP Express is the holder of a Certificate of Public Convenience and Necessity issued by the Federal Energy Regulatory Commission ("FERC") pursuant to the Section 7(c) of the NGA, 15 U.S.C. §717f(c) to construct and operate a pipeline system which will be used to transport natural gas from interconnections with gas pipeline systems in Jasper County, Texas to a liquefied natural gas ("LNG") export terminal to be constructed and operated by Venture Global CP2 LNG, LLC ("CP2 LNG") along the Calcasieu Ship Channel in Cameron Parish, Louisiana.  See _Venture Global CP 2 LNG, LLC; Venture Global CP Express_, LLC 187 FERC 61,199 (2024) issued in FERC docket nos. CP-22-21-000; and CP-22-22-000 on June 27, 2024 (the "FERC Order"). The proposed pipeline system authorized by FERC in that Certificate will cross property situated in Cameron Parish in which Owners claim an interest ("Property").

5.

This is an action by CP Express, pursuant to the Section 7(h) of the NGA, 15 U.S.C. §717f(h), for the condemnation/expropriation of a permanent servitude along with temporary workspace across immovable property in which Owners hold an interest and which is situated in Cameron Parish, Louisiana.

6.

CP Express has the right of eminent domain under 15 U.S.C. §717f(h) because it is the holder of a Certificate of Public Convenience and Necessity issued by FERC, and it has been unable to agree with the Owners on the necessary right of way to construct and operate the pipeline system as approved by FERC.

7.

This Court has subject matter jurisdiction over this dispute by virtue of the NGA, specifically 15 U.S.C. §717f(h), because the amount claimed by Owners for the property rights sought by CP Express exceeds Three Thousand Dollars ($3,000.00).

8.

Venue is proper in this judicial district under 28 U.S.C. §1391(b)(2) because this is the judicial district in which the immovable property that is the subject of this condemnation action is situated.

## VENTURE GLOBAL CP2 LNG EXPORT TERMINAL AND CP EXPRESS PIPELINE

9.

CP Express is authorized by FERC to construct a pipeline system which will originate in Jasper County, Texas, extend through Newton County, Texas, and Calcasieu and Cameron Parishes, Louisiana, and terminate at the CP2 LNG Project.

## CP EXPRESS IS AUTHORIZED BY FERC TO CONSTRUCT AND OPERATE THE PROJECT

10.

The construction and operation of the CP Express pipeline is for a public purpose and serves the public convenience and necessity.

11.

Under the NGA, regulatory oversight for the export of liquefied natural gas and supporting facilities is divided between FERC and the Department of Energy. The Department of Energy determines whether a proposal to export natural gas as a commodity will be consistent with the public interest while FERC exercises the authority to approve or deny an application for the siting, construction, expansion or operation of an LNG terminal. *See Earth Reports, Inc. v. Federal Energy Regulatory Commission*, 828 F.3d 949 (D.C. 2016). In addition to the FERC Order authorizing the siting construction and operation of the CP2 LNG terminal, the Department of Energy's Office of Fossil Energy has issued an order authorizing Venture Global CP2 LNG, LLC to export natural gas in the form of LNG to customers in countries with which the United States currently has, or in the future enters into, a free trade agreement requiring national treatment for trade in natural

4936-7728-8779 v1

gas. *See Venture Global CP2 LNG, LLC*, FE Docket No. 21-131-LNG, Order No. 4812 (April 22, 2022).

12.

FERC determined "the public convenience and necessity requires approval of the CP Express Pipeline Project", subject to conditions imposed by FERC. FERC Order at p. 89. As part of its approval of CP Express' proposal, FERC conducted an extensive evaluation of CP Express' proposed route and the likely environmental impacts which could result from the construction of the proposed pipeline system as detailed in an Environmental Impact Statement issued by FERC on July 28, 2023. Following that analysis, FERC approved the construction of the pipelines along the route proposed by CP Express. The route approved by FERC crosses property in which Owners hold interests. In furtherance of the authority granted by FERC in order to construct, operate and maintain the CP Express pipeline system in a manner conducive to the public interest, convenience and necessity, CP Express must acquire the permanent pipeline servitude and temporary workspace requested herein.

13.

CP Express has been unable to obtain by contract from Owners the rights necessary to construct the pipelines.

## CP EXPRESS IS ENTITLED TO EXERCISE THE
## RIGHT OF EMINENT DOMAIN

14.

A portion of the CP Express pipeline system is to be located on or routed to cross the property at issue, which is more fully described below and herein referred to as the Property:

TRACT LA-CM-054.000

That certain tract of land, being the West 273.1 feet of tract described, situated in Section 24, Township 14 South, Range 8 West, Cameron Parish, Louisiana. and being more particularly described in Judgment of Possession dated July 26, 1988, from the Succession of John Alton Savoie to Jude Gerard Savoie, recorded under County Clerk's File No. 209882, Official Public Records of Real Property, Cameron Parish, Louisiana, less and except any conveyances heretofore made.

The portion of the property required for the Project is depicted on Exhibit A attached hereto.

TRACT LA-CM-054.200

That certain tract of land, being a part of the Southeast Quarter of the Northeast Quarter of Section 24, Township 14 South, Range 8 West, Cameron Parish, Louisiana, and being more particularly described in Judgment of Possession dated November 19, 2015, from the Succession of Larry Joseph Broussard, Sr., to Stacey Claire Broussard Courville, et al, recorded under County Clerk's File No. 337345, Official Public Records of Real Property, Cameron Parish, Louisiana, less and except any conveyances heretofore made.

The portion of the property required for the Project is depicted on Exhibit A attached hereto.

TRACT LA-CM-088.000

A certain tract of land located in Section 27, T14S, R8W, Cameron Parish, Louisiana, being more particularly described by metes and bounds in that certain Judgment of Possession dated December 18, 1985, from the Succession of Emma Broussard Savoie to John Alton Savoie, et al, recorded under Clerk's File No. 197537, Conveyance Records, Cameron

Parish Clerk of Court, Cameron, Louisiana, less and except any conveyances heretofore made.

The portion of the property required for the Project is depicted on Exhibit A attached hereto.

TRACT LA-CM-089.000

A certain tract of land located in Section 27, T14S, R8W, Cameron Parish, Louisiana, being more particularly described by metes and bounds in that certain Small Succession Property Affidavit dated April 2, 2015 from the Succession of Garfield Adam Savoie to David Kent Savoie, et al, recorded under Clerk's File No. 335493, Conveyance Records, Cameron Parish Clerk of Court, Cameron, Louisiana, less and except any conveyances heretofore made.

The portion of the property required for the Project is depicted on Exhibit A attached hereto.

15.

The NGA provides CP Express, as a holder of a certificate of public convenience and necessity, the right to acquire by eminent domain "the necessary right-of-way to construct, operate, and maintain a pipe line or pipe lines for the transportation of natural gas, and the necessary land or other property, in addition to right-of-way, for the location of compressor stations, pressure apparatus, or other stations or equipment necessary to the proper operation of such pipe line or pipe lines…" 15 U.S.C.A. § 717f(h).

16.

The certificate of public convenience and necessity issued by FERC requires that CP Express construct the pipeline across the route depicted in the maps filed in conjunction with its application. The route depicted in those maps crosses the property which Owners hold an interest in.

17.

CP Express attempted to acquire the necessary servitude through a conventional agreement with Owners but was unsuccessful in those efforts.

18.

Based upon the foregoing, and pursuant to the power granted it by the NGA and the above-referenced certificate of public convenience and necessity issued by FERC, CP Express is entitled to acquire a permanent servitude over the Property through condemnation.

19.

Based upon the records maintained by the Clerk of Court of Cameron Parish and the investigation conducted by CP Express, certain onwers of the Property are deceased and no succession proceeding has been opened for them. CP Express has not been able to confirm or locate all of the successors of those individuals. CP Express requests that be permitted to publish notification to those unknown owners as permitted by Federal Ryule of Civil Procedure 71.1 (d).

4936-7728-8779 v1

## RULE 71.1(D) NOTICES

20.

Pursuant to Rule 71.1(d) of the Federal Rules of Civil Procedure, the requisite notice to Landowner(s) is submitted herewith to the Clerk of Court.

**WHEREFORE**, Venture Global CP Express, LLC prays:

(1) that the notice submitted herewith pursuant to Rule 71.1(d) be deemed good and sufficient;

(2) that said notice be served on defendants in a manner afforded by Federal Rule of Civil Procedure 71.1(d)(3);

(3) that its right to condemn the property as defined and set forth in this Complaint be recognized and granted;

(4) that this Court thereafter determine the just compensation to be paid by Venture Global CP Express, LLC for the rights granted;

(5) that this Court enter judgment, providing that upon deposit into the registry of the Court by Venture Global CP Express, LLC of the amount of just compensation determined by the Court, ownership of a servitude encumbering the Property shall vest in Venture Global CP Express, LLC free and clear of all liens and encumbrances and other charges of whatsoever nature; and

(6) for the issuance of all necessary orders and decrees, for an award of costs in favor of Venture Global CP Express, LLC, and for all other general, equitable and legal relief allowed by law and which this Court deems appropriate.

Dated:  June 6, 2025

Respectfully submitted:

*/s/* Troy J. Charpentier
Troy J. Charpentier (#20745)
troy.charpentier@keanmiller.com
Matthew B. Smith (#35330)
matthew.smith@keanmiller.com
**KEAN MILLER LLP**
400 Convention Street, Suite 700
P. O. Box 3513 (70821-3513)
Baton Rouge, LA  70802
(225) 387-0999

*AND*

Phillip W. DeVilbiss (#26263)
Phillip.DeVilbiss@keanmiller.com
**KEAN MILLER LLP**
4865 Ihles Road
Lake Charles, LA 70605
337-430-0350
***Attorneys for Venture Global CP Express, LLC***

4936-7728-8779 v1